Trmothy Scott Phifer
Name and Prisoner/Booking Number

4th AVE Jail
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED ☑    LODGED ☐
RECEIVED ☐    COPY ☐

JUL 0 3 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Timothy Scott Phifer,
(Full Name of Plaintiff)

Plaintiff,

v. Police
(1) Officer Garcia,
(Full Name of Defendant)

(2)_____,

(3)_____,

(4)_____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-25-368-TUC-RCC (PSOT)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

Trial Demanded

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other:_____

2.  Institution/city where violation occurred: Tucson Arizona

**550/555**

## B.  DEFENDANTS

1.  Name of first Defendant: *Officer Garcia*. The first Defendant is employed
as: *Police officer of arrest* at *St Tulsa police*
    (Position and Title)                                      (Institution)

2.  Name of second Defendant:_____. The second Defendant is employed as:
as:_____at_____.
    (Position and Title)                                      (Institution)

3.  Name of third Defendant:_____. The third Defendant is employed
as:_____at_____.
    (Position and Title)                                      (Institution)

4.  Name of fourth Defendant:_____. The fourth Defendant is employed
as:_____at_____.
    (Position and Title)                                      (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?          ☒ Yes          ☐ No

2.  If yes, how many lawsuits have you filed? *3*. Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: *Phifer* v. *Donaldson et al*
        2.  Court and case number:_____
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) *Still*
        *being filed*

    b.  Second prior lawsuit:
        1.  Parties: *Phifer* v. *Bencosey et al*
        2.  Court and case number: *V-25- 01909 PHX ROS (DMF)*
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

    c.  Third prior lawsuit:
        1.  Parties: *Phifer* v. *Brown ROS (DMF)*
        2.  Court and case number: *CV 5-01944 PHX-ROS(DMF)*
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        *still pending*

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

### D.  CAUSE OF ACTION

#### COUNT I

1.  State the constitutional or other federal civil right that was violated: _False Arrest_

2.  **Count I.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.

☐ Basic necessities          ☐ Mail                      ☐ Access to the court        ☐ Medical care
☐ Disciplinary proceedings   ☐ Property                  ☐ Exercise of religion       ☐ Retaliation
☑ Excessive force by an officer  ☐ Threat to safety      ☐ Other:_____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_I was first Detained by officer bones of the Tucson police dept. then arrested for failure to Register as a sex offender on the 3rd of november 2023 I was already registered in phoenix AZ on 9 the ID's Address I was arrested under_

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_I was in jail for 6 days then released on November 9th from my arrest Nov 3 2023_

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☑ No
    b.  Did you submit a request for administrative relief on Count I?  ☐ Yes  ☑ No
    c.  Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☑ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  _____

## COUNT II

1.    State the constitutional or other federal civil right that was violated: _____

_____

2.    **Count II.**  Identify the issue involved.  Check **only one**.   State additional issues in separate counts.

☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☐ Medical care
☐ Disciplinary proceedings          ☐ Property          ☐ Exercise of religion          ☐ Retaliation
☐ Excessive force by an officer          ☐ Threat to safety          ☐ Other:_____

3.    **Supporting Facts.**  State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.    **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.    **Administrative Remedies.**
      1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                                        ☐ Yes          ☐ No
      2. Did you submit a request for administrative relief on Count II?          ☐ Yes          ☐ No
      3. Did you appeal your request for relief on Count II to the highest level?          ☐ Yes          ☐ No
      4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.   _____

_____

4

**COUNT III**

1.  State the constitutional or other federal civil right that was violated: _____
_____

2.  **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

  ☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☐ Medical care
  ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☐ Retaliation
  ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other:_____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5.  **Administrative Remedies.**
  1.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                              ☐ Yes      ☐ No
  2.  Did you submit a request for administrative relief on Count III?          ☐ Yes      ☐ No
  3.  Did you appeal your request for relief on Count III to the highest level?  ☐ Yes      ☐ No
  4.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E.   REQUEST FOR RELIEF

State the relief you are seeking: There is a set amount
of finances paid to the plaintiff
if the justice rules in their favor
I would like the daily smend of 60 days

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _6-18-2025_____    _Timothy Ridge_____
                    DATE                                    SIGNATURE OF PLAINTIFF


_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


_____
(Signature of attorney, if any)


_____
(Attorney=s address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may
attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable.
If you attach additional pages, be sure to identify which section of the complaint is being continued and number
all pages.